**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 15-6983**

———————

CARL CAMPOS,

               Petitioner - Appellant,

       v.

WARDEN, FEDERAL CORRECTIONAL INSTITUTION, ESTILL, SC,

               Respondent - Appellee.

———————

Appeal from the United States District Court for the District of
South Carolina, at Charleston.  Timothy M. Cain, District Judge.
(2:15-cv-00525-TMC)

———————

Submitted:  November 17, 2015      Decided:  November 20, 2015

———————

Before WILKINSON and THACKER, Circuit Judges, and HAMILTON,
Senior Circuit Judge.

———————

Affirmed by unpublished per curiam opinion.

———————

Carl Campos, Appellant Pro Se.

———————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Carl Campos, a federal prisoner, appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on his 28 U.S.C. § 2241 (2012) petition. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Campos v. Warden, Fed. Corr. Inst., No. 2:15-cv-00525-TMC (D.S.C. June 8, 2015). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED